THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PERCY L. DAVIS, Appellant.

*People* v. *Davis,* 156 App. Div. 279, affirmed.
(Argued May 12, 1913; decided June 3, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1913, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of extortion.

*Martin S. Lynch* and *J. Edward Murphy* for appellant.

*Charles S. Whitman, District Attorney* (*Stanley L. Richter* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ. Absent: GRAY, J.